# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO DIAZ-LOPEZ and all individuals on the "Criminal Duty Log" form August 25, 26, 27 and 28,<br><br>　　　　　Defendants-Petitioners,<br>　v.<br>PRESIDING UNITED STATES MAGISTRATE JUDGE FOR THE SOUTHERN DISTRICT OF CALIFORNIA,<br><br>　　　　　Respondent-Appellee,<br>and,<br>UNITED STATES OF AMERICA,<br><br>　　　　　Real Party in Interest. | CASE NO. 15-cv-1935-H-JLB<br><br>**ORDER TAKING JUDICIAL NOTICE OF COURT STATISTICS** |

Pursuant to Federal Rule of Evidence 201, the Court takes judicial notice of the attached court statistics showing that this Court's criminal caseload has declined since 2013. Counsel should be prepared to discuss at the hearing any impact, if at all, the reduction in the criminal caseload has on the need for five-point restraints during the defendants' initial appearances.

**IT IS SO ORDERED.**

DATED: October 1, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT